IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DUTY ASSIGNMENT : No. 441
SCHEDULE FOR EMERGENCY : Judicial Administration
PETITIONS IN THE YEAR 2015 : Docket

ORDER

PER CURIAM:

AND NOW, this 19th day of December, 2014, the emergency duty assignment for the year 2015, is herewith adopted.

| | | |
|---|---|---|
| January | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| February | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |
| March | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| April | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |
| May | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| June | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |
| July | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| August | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |
| September | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |

| October | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |
| November | Justice J. Michael Eakin | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| December | Justice Max Baer | (Eastern District) |
| | Justice Correale F. Stevens | (Western District) |